# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Reginald Bernard Landrum,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:15-cv-00555-FDW |
| | ) | 3:14-cr-00046-FDW |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 16, 2015 Order.

December 16, 2015

*Frank G. John*

Frank G. Johns, Clerk
United States District Court